(A. R. D. 48)

WESTFELDT BROTHERS *v.* UNITED STATES

Entry No. 243, etc.

First Division, Appellate Term

(Decided September 16, 1954)

*Barnes, Richardson & Colburn* for the appellant.
*Warren E. Burger*, Assistant Attorney General, for the appellee.

Before OLIVER, MOLLISON, and WILSON, Judges

OLIVER, Chief Judge: This application for review having been formally abandoned is hereby dismissed.

Judgment will be rendered accordingly.